|  | HONORABLE MARC BARRECA |
|---|---|
| HEARING DATE: | OCTOBER 1, 2010 |
| HEARING TIME: | 9:30 A.M. |
| LOCATION: | ROOM 7106, SEATTLE |
| RESPONSE DUE: | SEPTEMBER 24, 2010 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

LEEWARD SUBDIVISION PARTNERS LLC,

　　　　　　　　　Debtor.

No. 10-19794

DECLARATION OF DALE VANDER YACHT

I, Dale Vander Yacht, hereby declare as follows:

1. I am over the age of 18, have firsthand knowledge of the facts stated herein and am competent to testify to the same.

2. I am a member of GDR Lending, LLC ("GDR").

3. On August 13, 2010, another GDR member, Gary Vander Yacht, GDR's non-bankruptcy counsel (Craig Cammock), and I met with Rick Larsen, the planning director for the City of Anacortes. Mr. Larsen indicated that one of the debtor's members (Ron Hoelscher) had been in to the City offices a few times in the previous months, asking a few questions about Leeward's Ship Harbor project (the "Project"). However, Mr. Larsen indicated that he had not seen any other activity from Leeward.

DECLARATION OF DALE VANDER YACHT – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES

5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

4. GDR is otherwise not aware of any activity with the Project since the dismissal of the case in February 2010. In addition, it does not appear that the property at the site of the Project is either listed or being marketed for sale.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 7th day of September, 2010 at Blaine, Washington.

                    /s/ Dale Vander Yacht
                    Dale Vander Yacht

DECLARATION OF DALE VANDER YACHT – Page 2

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1720 29001 vi030702

Case 10-19794-MLB    Doc 13    Filed 09/07/10    Entered 09/07/10 13:00:08    Page 2 of 2